IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH EDWARD SANDERS,

    Plaintiff,

v.

JOHN RODMAN, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:24-cv-270

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 3, 2025, Report and Recommendation, (doc. 9), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 5.) Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 12th day of September, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA